```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 32607
   JOYCE A EDMOND
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-7187

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
        The case was filed on 09/02/2004 and was confirmed 12/09/2004.

        The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

        The case was dismissed after confirmation 06/12/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID            PAID
--------------------------------------------------------------------------------
*AMERICAN GENERAL FINANC    SECURED              500.00          42.73           488.41
*AMERICAN GENERAL FINANC    UNSECURED           2617.44            .00              .00
RESURGENT CAPITAL           SECURED             1000.00          81.30           974.99
RESURGENT ACQUISITION LL    UNSECURED           4228.60            .00              .00
COUNTRYWIDE HOME LOANS      CURRENT MORTG          .00             .00              .00
COUNTRYWIDE HOME LOANS      MORTGAGE ARRE       1526.03            .00          1526.03
GENERAL MOTORS ACCEPTANC    SECURED            33095.00        3965.00         32291.47
GENERAL MOTORS ACCEPTANC    UNSECURED           4135.05            .00              .00
HOMEQ SERVICING             CURRENT MORTG          .00             .00              .00
HOMEQ SERVICING             MORTGAGE ARRE        213.00            .00           203.44
ECAST SETTLEMENT CORP       SECURED              400.00          34.17           390.73
ECAST SETTLEMENT CORP       UNSECURED           1320.51            .00              .00
CAPITAL ONE BANK            UNSECURED            711.30            .00              .00
ROUNDUP FUNDING LLC         UNSECURED           3119.22            .00              .00
WORLD FINANCIAL NETWORK     UNSECURED             69.02            .00              .00
RESURGENT ACQUISITION LL    UNSECURED           2581.38            .00              .00
DISCOVER FINANCIAL SERVI    UNSECURED           7703.70            .00              .00
FINGERHUT CREDIT ADVANTA    UNSECURED            271.87            .00              .00
PREMIER BANCARD CHARTER     UNSECURED            503.52            .00              .00
ECAST SETTLEMENT CORP       UNSECURED           6040.16            .00              .00
HOME DEPOT CREDIT SERVIC    UNSECURED         NOT FILED            .00              .00
ECAST SETTLEMENT CORP       UNSECURED           2127.57            .00              .00
WORLD FINANCIAL NETWORK     UNSECURED            698.56            .00              .00
RESURGENT ACQUISITION LL    UNSECURED           2400.90            .00              .00
ROUNDUP FUNDING LLC         UNSECURED            213.21            .00              .00
RESURGENT ACQUISITION LL    UNSECURED           6539.08            .00              .00
WAL MART STORES INC         UNSECURED         NOT FILED            .00              .00
WELLS FARGO FINANCIAL IL    UNSECURED            611.42            .00              .00
LEGAL HELPERS PC            DEBTOR ATTY        1,400.00                        1,400.00
TOM VAUGHN                  TRUSTEE                                            2,471.03
DEBTOR REFUND               REFUND                                             1,130.70


                      PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 32607 JOYCE A EDMOND
```

Summary of Receipts and Disbursements:

---

|                      | RECEIPTS   | DISBURSEMENTS |
|----------------------|-----------:|--------------:|
| TRUSTEE              | 45,000.00  |               |
| PRIORITY             |            |           .00 |
| SECURED              |            |     35,875.07 |
|    INTEREST |      |      4,123.20 |
| UNSECURED            |            |           .00 |
| ADMINISTRATIVE       |            |      1,400.00 |
| TRUSTEE COMPENSATION |            |      2,471.03 |
| DEBTOR REFUND        |            |      1,130.70 |
| TOTALS               | 45,000.00  |     45,000.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE